**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Saifullah Anjum RANJHA,**
**Defendant–Appellant.**

**No. 09–8234.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 27, 2011.

Decided: June 10, 2011.

Saifullah Anjum Ranjha, Appellant Pro Se. Christine Manuelian, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before GREGORY, SHEDD, and WYNN, Circuit Judges.

---

Vacated and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saifullah Anjum Ranjha appeals from the district court's order denying his 28 U.S.C.A. § 2255 (West Supp.2010) motion to vacate, set aside, or correct his sentence. The district court issued a certificate of appealability noting the Supreme Court decision in *United States v. Santos*, 553 U.S. 507, 128 S.Ct. 2020, 170 L.Ed.2d 912 (2008), and the Supreme Court's remand of a Ninth Circuit decision in *Moreland v. United States*, —— U.S. ——, 129 S.Ct. 997, 173 L.Ed.2d 289 (2009).

This appeal was placed in abeyance pending this court's decision in *United States v. Halstead*, 634 F.3d 270 (4th Cir. 2011). In light of our holding in *Halstead*, we vacate the district court's order and remand this proceeding to the district court for further consideration in light of *Halstead*, and particularly to determine whether this case presents the "merger problem" described by the Supreme Court in *Santos*. *See* 553 U.S. at 516–17, 128 S.Ct. 2020 (plurality opinion); *id.* at 527, 128 S.Ct. 2020 (Stevens, J., concurring). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*